Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>Warent, Ltd., LLC<br><br>    Defendant. | Case No. SACV17-00032 JVS (DFMx)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Vogel v. Warent, Ltd., LLC,* Case No. SACV17-00032 JVS (DFMx) has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks.

Dated: July 7, 2017                    DISABLED ADVOCACY GROUP, APLC


                                        /s/ Scottlynn J Hubbard, Esquire
                                       SCOTTLYNN J HUBBARD
                                       Attorney for Plaintiff

Page 1