Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Martin Vogel

William R. Hart, SBN 71127
Christopher R. Elliott, SBN 137287
David C. Baker, SBN 134134
**Hart | King A Professional Corporation**
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457
Email: whart@hartkinglaw.com
celliott@hartkinglaw.com

Attorneys for Defendant Warent Ltd., LLC

United States District Court
Central District of California

| | |
|---|---|
| Martin Vogel,<br><br>Plaintiff,<br><br>v.<br><br>Warent, Ltd., LLC,<br><br>Defendant. | Case No. SACV17-00032 JVS (DFMx)<br><br>**Joint Stipulation for Dismissal** |

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Martin Vogel and defendant Warent, LTD, LLC, hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 19, 2017 Disabled Advocacy Group, APLC

*/s/ Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorneys for Plaintiff Martin Vogel

Dated: July 19, 2017 Hart | King A Professional Corporation

*/s/ Christopher R. Elliott*
Christopher R. Elliott
Attorneys for Defendant Warent, Ltd, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scottlynn J Hubbard, do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Scottlynn J Hubbard
Scottlynn J Hubbard
Attorneys for Plaintiff Martin Vogel